UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER BROWNEN, | ) | 1:05-CV-00663-OWW-WMW-HC |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED PETITION |
| v. | ) ) | |
| STATE OF CALIFORNIA PEOPLE, | ) ) | ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL |
| Respondent. | ) ) | (DOCUMENT #5) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 17, 2006, petitioner filed an application for an extension of time to file a first amended petition, pursuant to the court's order of July 24, 2006. Good cause having been presented to the court, the application shall be granted.

Petitioner also requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Therefore, petitioner's request for appointment of counsel shall be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for an extension of time is GRANTED. Petitioner is granted

thirty days from the date of service of this order in which to file a first amended petition on the correct form and to name a proper respondent, pursuant to the court's order of July 24, 2006; and

2. Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:** **September 19, 2006**         /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE