UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER BROWNEN, | ) | 1:05-CV-00663-OWW-WMW-HC |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED PETITION |
| v. | ) ) | (Doc. 7) |
| STATE OF CALIFORNIA PEOPLE, | ) ) | ORDER DIRECTING CLERK TO FILE FIRST AMENDED PETITION |
| Respondent. | ) ) | (Doc. 8) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 6, 2006, petitioner filed a motion for an extension of time to file a first amended petition, pursuant to the court's order of July 24, 2006. On November 27, 2006, petitioner lodged a first amended petition with the court. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted nunc pro tunc to October 23, 2006; and

2. The Clerk of Court is directed to file petitioner's first amended petition which was lodged with the court on November 27, 2006.

IT IS SO ORDERED.

**Dated:   November 29, 2006**            /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE